Joseph P. Russionello
United States Attorney
450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

E-FILING

FILED

JUN 1 0 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

Michael Ray Epps, Jr

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

CRIMINAL NO. 08-70342 RS

NOTICE OF PROCEEDINGS ON
OUT-OF-DISTRICT CRIMINAL
CHARGES PURSUANT TO RULES
5(c)(2) AND (3) OF THE FEDERAL RULES
OF CRIMINAL PROCEDURE

Please take notice, pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

Procedure that on 6/10/08 , the above-named defendant was arrested  based upon an

arrest warrant (copy attached) issued upon an

☒ Indictment    ☐ Information    ☐ Criminal Complaint    ☐ Other_____

pending in the Eastern District of California, Case Number 08-0212-GEB

In that case, the defendant is charged with a violation(s) of Title(s) 21 United States Code,

Section(s) 846 .

Description of Charges: Conspiracy to Distribute & to Possess With
Intent to Distribute Methamphetamine

Respectfully Submitted,
Joseph P. Russionello
UNITED STATES ATTORNEY

Date: 6/10/08

Assistant U.S. Attorney

1

DOCUMENT NO.         CSA's
                     INITIALS

1    ρ

DISTRICT COURT
CRIMINAL CASE PROCESSING

Case 2:08-cr-00212-GEB    Document 42 *SEALED* (Court only)    Filed 05/09/2008    Page 1 of 1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

USA,

v.

**MICHAEL RAY EPPS JR. ,**

**WARRANT FOR ARREST**

Case Number: **2:08–CR–00212–GEB**

To: The United States Marshal
~~and any Authorized United States Officer~~

YOU ARE HEREBY COMMANDED to arrest    **Michael Ray Epps Jr. ,**

~~and bring him or her forthwith to the nearest magistrate judge to answer a(n)~~

☑ Indictment    ☐ Information    ☐ Violation Petition    ☐ Other _____

charging him or her with (brief description of offense)

**Conspiracy to Distribute and to Possess With Intent to Distribute Methamphetamine**

in violation of Title **21** _____    United States Code, Section(s)    **846** _____

| | |
|---|---|
| D. Waggoner | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| | **5/9/08**        **Sacramento** |
| Signature of Issuing Officer | Date and Location |

Bail fixed at    **no bail** _____    by    **Magistrate Judge Edmund F. Brennan**

---

**RETURN**

This warrant was received and executed with the arrest of the above–named defendant _____

| | |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| Date of Arrest | Signature of Arresting Officer |

1 | McGREGOR W. SCOTT
United States Attorney
2 | MARY L. GRAD
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2763

**FILED**

**MAY 2 3 2008**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 08-0212-GEB |
| Plaintiff, | VIOLATIONS: 21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Distribute and to Possess With Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) - Possession With Intent to Distribute Methamphetamine (6 Counts); 21 U.S.C. § 843(b) - Use of a Communication Facility (36 Counts) |
| v. | |
| MIGUEL EDWARDO VASQUEZ, JR.,<br>FRANK WESLEY BLUE, IV,<br>LEON RAY EDWARDS,<br>CAMERON JON CRAVEN,<br>MICHAEL RAY EPPS, JR.,<br>JUAN VEGA, JR.,<br>EUGENE MARGARITO ORTEGA,<br>WILLIE LEROY THOMAS,<br>DANIEL MICHAEL NEBEL, JR.,<br>JUSTIN DANIEL WITT,<br>OSIEL BETANCUR,<br>RENE LEE WRIGHT,<br>DALANA IRENE VAUGHN,<br>JASON LEROY BRACY,<br>JESUS EFRAIN AVILA,<br>RANDALL CHARLES ORTIZ,<br>DAMONE DEGGINS BLOCK,<br>SALVADOR JESUS RAMIREZ,<br>TOBY LAMAR VANN,<br>RHIANNON ROCHELLE WRIGHT, and<br>ROBERT LOUIS SCOTT, | |
| Defendants. | |

S U P E R S E D I N G   I N D I C T M E N T

1

COUNT ONE:    [21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to
Distribute and to Possess With Intent to Distribute
Methamphetamine]

The Grand Jury charges:    T H A T

MIGUEL EDWARDO VASQUEZ, JR.,
FRANK WESLEY BLUE, IV,
LEON RAY EDWARDS,
CAMERON JON CRAVEN,
MICHAEL RAY EPPS, JR.,
JUAN VEGA, JR.,
EUGENE MARGARITO ORTEGA,
WILLIE LEROY THOMAS, II.,
DANIEL MICHAEL NEBEL, JR.,
JUSTIN DANIEL WITT,
OSIEL BETANCUR,
RENE LEE WRIGHT,
DALANA IRENE VAUGHN,
JASON LEROY BRACY,
JESUS EFRAIN AVILA,
RANDALL CHARLES ORTIZ,
DAMONE DEGGINS BLOCK,
SALVADOR JESUS RAMIREZ,
TOBY LAMAR VANN,
RHIANNON ROCHELLE WRIGHT, and
ROBERT LOUIS SCOTT,

defendants herein, beginning at a time unknown to the Grand Jury,

but no later than in or about January 2000, and continuing

thereafter to on or about April 24, 2008, in the State and Eastern

District of California, and elsewhere, did knowingly and

intentionally conspire with each other and with other persons

unknown to the Grand Jury, to distribute and to possess with intent

to distribute at least 50 grams of methamphetamine (actual), a

Schedule II controlled substance, in violation of Title 21, United

States Code, Sections 846 and 841(a)(1).

///
///
///
///
///.

1    COUNT TWO:    [21 U.S.C. § 841(a)(1) - Possession with Intent to
                  Distribute Methamphetamine]
2
3        The Grand Jury further charges:  T H A T

4              MIGUEL EDWARDO VASQUEZ, JR., and
                  FRANK WESLEY BLUE, IV,

5    defendants herein, on or about April 24, 2008, in the State and

6    Eastern District of California, did knowingly and intentionally

7    possess with intent to distribute at least 50 grams of

8    methamphetamine (actual), a Schedule II controlled substance, in

9    violation of Title 21, United States Code, Section 841(a)(1).

10    COUNT THREE:    [21 U.S.C. § 841(a)(1) - Possession with Intent to
                     Distribute Methamphetamine]
11
         The Grand Jury further charges:  T H A T
12
                       RENE LEE WRIGHT,
13
14    defendant herein, on or about April 24, 2008, in the State and

15    Eastern District of California, did knowingly and intentionally

16    possess with intent to distribute at least 50 grams of

17    methamphetamine (actual), a Schedule II controlled substance, in

18    violation of Title 21, United States Code, Section 841(a)(1).

19    COUNT FOUR:    [21 U.S.C. § 841(a)(1) - Possession with Intent to
                    Distribute Methamphetamine]
20
21        The Grand Jury further charges:  T H A T

22                   WILLIE LEROY THOMAS, II,

23    defendant herein, on or about April 24, 2008, in the State and

24    Eastern District of California, did knowingly and intentionally

25    possess with intent to distribute at least 50 grams of

26    methamphetamine (actual), a Schedule II controlled substance, in

27    violation of Title 21, United States Code, Section 841(a)(1).

28

                                  3

1  COUNT FIVE:    [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

2

3       The Grand Jury further charges:  T H A T

4                    CAMERON JON CRAVEN,

5  defendant herein, on or about April 24, 2008, in the State and

6  Eastern District of California, did knowingly and intentionally

7  possess with intent to distribute a mixture and substance containing

8  a detectable amount of methamphetamine, a Schedule II controlled

9  substance, in violation of Title 21, United States Code, Section

10  841(a)(1).

11  COUNT SIX:    [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

12       The Grand Jury further charges:  T H A T

13                    DANIEL MICHAEL NEBEL, JR.,

14

15  defendant herein, on or about March 23, 2008, in the State and

16  Eastern District of California, did knowingly and intentionally

17  possess with intent to distribute at least 50 grams of

18  methamphetamine (actual), a Schedule II controlled substance, in

19  violation of Title 21, United States Code, Section 841(a)(1).

20  COUNT SEVEN:    [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

21

22       The Grand Jury further charges:  T H A T

23                    RHIANNON ROCHELLE WRIGHT,

24  defendant herein, on or about March 12, 2008, in the State and

25  Eastern District of California, did knowingly and intentionally

26  possess with intent to distribute at least 5 grams of

27  methamphetamine (actual), a Schedule II controlled substance, in

28  violation of Title 21, United States Code, Section 841(a)(1).

1   <u>COUNT EIGHT</u>:   [21 U.S.C. § 843(b) - Use of a Communication
                          Facility]

2

3       The Grand Jury further charges:  T H A T

                      FRANK WESLEY BLUE, IV, and

4                     CAMERON JON CRAVEN,

5   defendants herein, on or about April 2, 2008, at approximately 9:49

6   a.m., in the State and Eastern District of California, and

7   elsewhere, did knowingly, intentionally and unlawfully use a

8   communication facility, to wit, a telephone, to facilitate the

9   commission of an offense against the laws of the United States, to

10   wit, conspiracy to possess with intent to distribute

11   methamphetamine, a Schedule II controlled substance, in violation of

12   Title 21, United States Code, Sections 841(a)(1) and 846, all in

13   violation of Title 21, United States Code, Section 843(b).

14   <u>COUNT NINE</u>:   [21 U.S.C. § 843(b) - Use of a Communication
                          Facility]

15

16       The Grand Jury further charges:  T H A T

                      FRANK WESLEY BLUE, IV, and

17                     CAMERON JON CRAVEN,

18   defendants herein, on or about April 2, 2008, at approximately 11:20

19   a.m., in the State and Eastern District of California, and

20   elsewhere, did knowingly, intentionally and unlawfully use a

21   communication facility, to wit, a telephone, to facilitate the

22   commission of an offense against the laws of the United States, to

23   wit, conspiracy to possess with intent to distribute

24   methamphetamine, a Schedule II controlled substance, in violation of

25   Title 21, United States Code, Sections 841(a)(1) and 846, all in

26   violation of Title 21, United States Code, Section 843(b).

27   ///

28   ///

1  COUNT TEN:    [21 U.S.C. § 843(b) - Use of a Communication
                                Facility]
2
3          The Grand Jury further charges:  T H A T

4                  MIGUEL EDWARDO VASQUEZ, JR., and
                          MICHAEL RAY EPPS,

5  defendants herein, on or about April 3, 2008, at approximately 9:41

6  a.m., in the State and Eastern District of California, and

7  elsewhere, did knowingly, intentionally and unlawfully use a

8  communication facility, to wit, a telephone, to facilitate the

9  commission of an offense against the laws of the United States, to

10  wit, conspiracy to possess with intent to distribute

11  methamphetamine, a Schedule II controlled substance, in violation of

12  Title 21, United States Code, Sections 841(a)(1) and 846, all in

13  violation of Title 21, United States Code, Section 843(b).

14  COUNT ELEVEN:    [21 U.S.C. § 843(b) - Use of a Communication
                                Facility]
15
16          The Grand Jury further charges:  T H A T

17                  MIGUEL EDWARDO VASQUEZ, JR., and
                          MICHAEL RAY EPPS,

18  defendants herein, on or about April 7, 2008, at approximately 8:59

19  a.m., in the State and Eastern District of California, and

20  elsewhere, did knowingly, intentionally and unlawfully use a

21  communication facility, to wit, a telephone, to facilitate the

22  commission of an offense against the laws of the United States, to

23  wit, conspiracy to possess with intent to distribute

24  methamphetamine, a Schedule II controlled substance, in violation of

25  Title 21, United States Code, Sections 841(a)(1) and 846, all in

26  violation of Title 21, United States Code, Section 843(b).

27  ///

28  ///

6

1  COUNT TWELVE:  [21 U.S.C. § 843(b) - Use of a Communication
                  Facility]
2
3       The Grand Jury further charges:  T H A T

4                MIGUEL EDWARDO VASQUEZ, JR., and
                         JUAN VEGA, JR.,

5  defendants herein, on or about March 11, 2008, at approximately 1:09

6  p.m., in the State and Eastern District of California, and

7  elsewhere, did knowingly, intentionally and unlawfully use a

8  communication facility, to wit, a telephone, to facilitate the

9  commission of an offense against the laws of the United States, to

10 wit, conspiracy to possess with intent to distribute

11 methamphetamine, a Schedule II controlled substance, in violation of

12 Title 21, United States Code, Sections 841(a)(1) and 846, all in

13 violation of Title 21, United States Code, Section 843(b).

14 COUNT THIRTEEN:  [21 U.S.C. § 843(b) - Use of a Communication
                    Facility]
15
16      The Grand Jury further charges:  T H A T

17               FRANK WESLEY BLUE, IV, and
                         JUAN VEGA, JR.,

18 defendants herein, on or about April 2, 2008, at approximately 2:31

19 p.m., in the State and Eastern District of California, and

20 elsewhere, did knowingly, intentionally and unlawfully use a

21 communication facility, to wit, a telephone, to facilitate the

22 commission of an offense against the laws of the United States, to

23 wit, conspiracy to possess with intent to distribute

24 methamphetamine, a Schedule II controlled substance, in violation of

25 Title 21, United States Code, Sections 841(a)(1) and 846, all in

26 violation of Title 21, United States Code, Section 843(b).

27 ///

28 ///


                              7

1  COUNT FOURTEEN:     [21 U.S.C. § 843(b) - Use of a Communication Facility]

2

3     The Grand Jury further charges:  T H A T

            MIGUEL EDWARDO VASQUEZ, JR., and
4           EUGENE MARGARITO ORTEGA,

5  defendants herein, on or about March 6, 2008, at approximately 6:31

6  p.m., in the State and Eastern District of California, and

7  elsewhere, did knowingly, intentionally and unlawfully use a

8  communication facility, to wit, a telephone, to facilitate the

9  commission of an offense against the laws of the United States, to

10 wit, conspiracy to possess with intent to distribute

11 methamphetamine, a Schedule II controlled substance, in violation of

12 Title 21, United States Code, Sections 841(a)(1) and 846, all in

13 violation of Title 21, United States Code, Section 843(b).

14 COUNT FIFTEEN: [21 U.S.C. § 843(b) - Use of a Communication Facility]

15    The Grand Jury further charges:  T H A T

16          FRANK WESLEY BLUE, IV, and
17          EUGENE MARGARITO ORTEGA,

18 defendants herein, on or about April 5, 2008, at approximately 12:14

19 p.m., in the State and Eastern District of California, and

20 elsewhere, did knowingly, intentionally and unlawfully use a

21 communication facility, to wit, a telephone, to facilitate the

22 commission of an offense against the laws of the United States, to

23 wit, conspiracy to possess with intent to distribute

24 methamphetamine, a Schedule II controlled substance, in violation of

25 Title 21, United States Code, Sections 841(a)(1) and 846, all in

26 violation of Title 21, United States Code, Section 843(b).

27 ///

28 ///

8

1  COUNT SIXTEEN: [21 U.S.C. § 843(b) - Use of a Communication
                   Facility]
2
3         The Grand Jury further charges:  T H A T

4                 MIGUEL EDWARDO VASQUEZ, JR., and
                  WILLIE LEROY THOMAS, II,

5  defendants herein, on or about March 6, 2008, at approximately 1:44

6  p.m., in the State and Eastern District of California, and

7  elsewhere, did knowingly, intentionally and unlawfully use a

8  communication facility, to wit, a telephone, to facilitate the

9  commission of an offense against the laws of the United States, to

10 wit, conspiracy to possess with intent to distribute

11 methamphetamine, a Schedule II controlled substance, in violation of

12 Title 21, United States Code, Sections 841(a)(1) and 846, all in

13 violation of Title 21, United States Code, Section 843(b).

14 COUNT SEVENTEEN:    [21 U.S.C. § 843(b) - Use of a Communication
                       Facility]
15
16        The Grand Jury further charges:  T H A T

17                FRANK WESLEY BLUE, IV, and
                  WILLIE LEROY THOMAS, II,

18 defendants herein, on or about April 2, 2008, at approximately 9:52

19 a.m., in the State and Eastern District of California, and

20 elsewhere, did knowingly, intentionally and unlawfully use a

21 communication facility, to wit, a telephone, to facilitate the

22 commission of an offense against the laws of the United States, to

23 wit, conspiracy to possess with intent to distribute

24 methamphetamine, a Schedule II controlled substance, in violation of

25 Title 21, United States Code, Sections 841(a)(1) and 846, all in

26 violation of Title 21, United States Code, Section 843(b).

27 ///

28 ///

                               9

1  COUNT EIGHTEEN:    [21 U.S.C. § 843(b) – Use of a Communication
                        Facility]
2
3        The Grand Jury further charges:  T H A T

4              MIGUEL EDWARDO VASQUEZ, JR., and
               DANIEL MICHAEL NEBEL, JR.,

5  defendants herein, on or about March 23, 2008, at approximately 1:38

6  p.m., in the State and Eastern District of California, and

7  elsewhere, did knowingly, intentionally and unlawfully use a

8  communication facility, to wit, a telephone, to facilitate the

9  commission of an offense against the laws of the United States, to

10 wit, conspiracy to possess with intent to distribute

11 methamphetamine, a Schedule II controlled substance, in violation of

12 Title 21, United States Code, Sections 841(a)(1) and 846, all in

13 violation of Title 21, United States Code, Section 843(b).

14 COUNT NINETEEN:    [21 U.S.C. § 843(b) – Use of a Communication
                        Facility]
15
16       The Grand Jury further charges:  T H A T

17             FRANK WESLEY BLUE, IV, and
               DANIEL MICHAEL NEBEL, JR.,

18 defendants herein, on or about March 23, 2008, at approximately 5:27

19 p.m., in the State and Eastern District of California, and

20 elsewhere, did knowingly, intentionally and unlawfully use a

21 communication facility, to wit, a telephone, to facilitate the

22 commission of an offense against the laws of the United States, to

23 wit, conspiracy to possess with intent to distribute

24 methamphetamine, a Schedule II controlled substance, in violation of

25 Title 21, United States Code, Sections 841(a)(1) and 846, all in

26 violation of Title 21, United States Code, Section 843(b).

27 ///

28 ///

1  COUNT TWENTY:    [21 U.S.C. § 843(b) – Use of a Communication
                    Facility]
2
        The Grand Jury further charges:    T H A T
3
                    MIGUEL EDWARDO VASQUEZ, JR., and
4                        JUSTIN DANIEL WITT,

5  defendants herein, on or about November 28, 2007, at approximately

6  4:30 p.m., in the State and Eastern District of California, and

7  elsewhere, did knowingly, intentionally and unlawfully use a

8  communication facility, to wit, a telephone, to facilitate the

9  commission of an offense against the laws of the United States, to

10 wit, conspiracy to possess with intent to distribute

11 methamphetamine, a Schedule II controlled substance, in violation of

12 Title 21, United States Code, Sections 841(a)(1) and 846, all in

13 violation of Title 21, United States Code, Section 843(b).

14 COUNT TWENTY-ONE:    [21 U.S.C. § 843(b) – Use of a Communication
                        Facility]
15
        The Grand Jury further charges:    T H A T
16
                    MIGUEL EDWARDO VASQUEZ, JR., and
17                       JUSTIN DANIEL WITT,

18 defendants herein, on or about December 4, 2007, at approximately

19 4:09 p.m., in the State and Eastern District of California, and

20 elsewhere, did knowingly, intentionally and unlawfully use a

21 communication facility, to wit, a telephone, to facilitate the

22 commission of an offense against the laws of the United States, to

23 wit, conspiracy to possess with intent to distribute

24 methamphetamine, a Schedule II controlled substance, in violation of

25 Title 21, United States Code, Sections 841(a)(1) and 846, all in

26 violation of Title 21, United States Code, Section 843(b).

27 ///

28 ///

11

1    COUNT TWENTY-TWO:    [21 U.S.C. § 843(b) - Use of a Communication
                          Facility]

2

3        The Grand Jury further charges:  T H A T

4                    MIGUEL EDWARDO VASQUEZ, JR., and
                     OSIEL BETANCUR,

5    defendants herein, on or about March 18, 2008, at approximately 6:23

6    p.m., in the State and Eastern District of California, and

7    elsewhere, did knowingly, intentionally and unlawfully use a

8    communication facility, to wit, a telephone, to facilitate the

9    commission of an offense against the laws of the United States, to

10   wit, conspiracy to possess with intent to distribute

11   methamphetamine, a Schedule II controlled substance, in violation of

12   Title 21, United States Code, Sections 841(a)(1) and 846, all in

13   violation of Title 21, United States Code, Section 843(b).

14   COUNT TWENTY-THREE: [21 U.S.C. § 843(b) - Use of a Communication
                         Facility]

15

16       The Grand Jury further charges:  T H A T

17                    FRANK WESLEY BLUE, IV, and
                      OSIEL BETANCUR,

18   defendants herein, on or about April 2, 2008, at approximately 1:00

19   p.m., in the State and Eastern District of California, and

20   elsewhere, did knowingly, intentionally and unlawfully use a

21   communication facility, to wit, a telephone, to facilitate the

22   commission of an offense against the laws of the United States, to

23   wit, conspiracy to possess with intent to distribute

24   methamphetamine, a Schedule II controlled substance, in violation of

25   Title 21, United States Code, Sections 841(a)(1) and 846, all in

26   violation of Title 21, United States Code, Section 843(b).

27   ///

28   ///

                              12

1  COUNT TWENTY-FOUR:   [21 U.S.C. § 843(b) - Use of a Communication
2                       Facility]

   The Grand Jury further charges:   T H A T
3
                       MIGUEL EDWARDO VASQUEZ, JR.,
4                      FRANK WESLEY BLUE, IV, and
                       RENE LEE WRIGHT,
5
6  defendants herein, on or about March 26, 2008, at approximately 5:08
7  p.m., in the State and Eastern District of California, and
8  elsewhere, did knowingly, intentionally and unlawfully use a
9  communication facility, to wit, a telephone, to facilitate the
10 commission of an offense against the laws of the United States, to
11 wit, conspiracy to possess with intent to distribute
12 methamphetamine, a Schedule II controlled substance, in violation of
13 Title 21, United States Code, Sections 841(a)(1) and 846, all in
14 violation of Title 21, United States Code, Section 843(b).

15 COUNT TWENTY-FIVE:   [21 U.S.C. § 843(b) - Use of a Communication
16                      Facility]

   The Grand Jury further charges:   T H A T
17
                       FRANK WESLEY BLUE, IV, and
18                     RENE LEE WRIGHT,
19 defendants herein, on or about April 2, 2008, at approximately 10:03
20 a.m., in the State and Eastern District of California, and
21 elsewhere, did knowingly, intentionally and unlawfully use a
22 communication facility, to wit, a telephone, to facilitate the
23 commission of an offense against the laws of the United States, to
24 wit, conspiracy to possess with intent to distribute
25 methamphetamine, a Schedule II controlled substance, in violation of
26 Title 21, United States Code, Sections 841(a)(1) and 846, all in
27 violation of Title 21, United States Code, Section 843(b).
28 ///

1  COUNT TWENTY-SIX:  [21 U.S.C. § 843(b) — Use of a Communication
                       Facility]
2
       The Grand Jury further charges:  T H A T
3
                       FRANK WESLEY BLUE, IV, and
4                       DALANA IRENE VAUGHN,

5  defendants herein, on or about April 12, 2008, at approximately 5:06

6  p.m., in the State and Eastern District of California, and

7  elsewhere, did knowingly, intentionally and unlawfully use a

8  communication facility, to wit, a telephone, to facilitate the

9  commission of an offense against the laws of the United States, to

10 wit, conspiracy to possess with intent to distribute

11 methamphetamine, a Schedule II controlled substance, in violation of

12 Title 21, United States Code, Sections 841(a)(1) and 846, all in

13 violation of Title 21, United States Code, Section 843(b).

14 COUNT TWENTY-SEVEN: [21 U.S.C. § 843(b) — Use of a Communication
                       Facility]
15
       The Grand Jury further charges:  T H A T
16
                       FRANK WESLEY BLUE, IV, and
17                      DALANA IRENE VAUGHN,

18 defendants herein, on or about April 12, 2008, at approximately 6:45

19 p.m., in the State and Eastern District of California, and

20 elsewhere, did knowingly, intentionally and unlawfully use a

21 communication facility, to wit, a telephone, to facilitate the

22 commission of an offense against the laws of the United States, to

23 wit, conspiracy to possess with intent to distribute

24 methamphetamine, a Schedule II controlled substance, in violation of

25 Title 21, United States Code, Sections 841(a)(1) and 846, all in

26 violation of Title 21, United States Code, Section 843(b).

27 ///

28 ///

14

1  COUNT TWENTY-EIGHT: [21 U.S.C. § 843(b) – Use of a Communication
                              Facility]
2
        The Grand Jury further charges:   T H A T
3
              MIGUEL EDWARDO VASQUEZ, JR., and
4                    JASON LEROY BRACE,

5  defendants herein, on or about December 22, 2007, at approximately

6  9:59 p.m., in the State and Eastern District of California, and

7  elsewhere, did knowingly, intentionally and unlawfully use a

8  communication facility, to wit, a telephone, to facilitate the

9  commission of an offense against the laws of the United States, to

10 wit, conspiracy to possess with intent to distribute

11 methamphetamine, a Schedule II controlled substance, in violation of

12 Title 21, United States Code, Sections 841(a)(1) and 846, all in

13 violation of Title 21, United States Code, Section 843(b).

14 COUNT TWENTY-NINE:   [21 U.S.C. § 843(b) – Use of a Communication
                              Facility]
15
        The Grand Jury further charges:   T H A T
16
              FRANK WESLEY BLUE, IV, and
17                   JASON LEROY BRACE,

18 defendants herein, on or about April 14, 2008, at approximately 5:50

19 p.m., in the State and Eastern District of California, and

20 elsewhere, did knowingly, intentionally and unlawfully use a

21 communication facility, to wit, a telephone, to facilitate the

22 commission of an offense against the laws of the United States, to

23 wit, conspiracy to possess with intent to distribute

24 methamphetamine, a Schedule II controlled substance, in violation of

25 Title 21, United States Code, Sections 841(a)(1) and 846, all in

26 violation of Title 21, United States Code, Section 843(b).

27 ///

28 ///

1    COUNT THIRTY:    [21 U.S.C. § 843(b) - Use of a Communication
                     Facility]
2
         The Grand Jury further charges:    T H A T
3
                     MIGUEL EDWARDO VASQUEZ, JR., and
4                         JESUS EFRAIN AVILA,

5    defendants herein, on or about November 27, 2007, at approximately

6    1:34 p.m., in the State and Eastern District of California, and

7    elsewhere, did knowingly, intentionally and unlawfully use a

8    communication facility, to wit, a telephone, to facilitate the

9    commission of an offense against the laws of the United States, to

10   wit, conspiracy to possess with intent to distribute

11   methamphetamine, a Schedule II controlled substance, in violation of

12   Title 21, United States Code, Sections 841(a)(1) and 846, all in

13   violation of Title 21, United States Code, Section 843(b).

14   COUNT THIRTY-ONE:    [21 U.S.C. § 843(b) - Use of a Communication
                          Facility]
15
         The Grand Jury further charges:    T H A T
16
                     MIGUEL EDWARDO VASQUEZ, JR., and
17                        JESUS EFRAIN AVILA,

18   defendants herein, on or about December 3, 2007, at approximately

19   5:36 p.m., in the State and Eastern District of California, and

20   elsewhere, did knowingly, intentionally and unlawfully use a

21   communication facility, to wit, a telephone, to facilitate the

22   commission of an offense against the laws of the United States, to

23   wit, conspiracy to possess with intent to distribute

24   methamphetamine, a Schedule II controlled substance, in violation of

25   Title 21, United States Code, Sections 841(a)(1) and 846, all in

26   violation of Title 21, United States Code, Section 843(b).

27   ///

28   ///

16

1 | COUNT THIRTY-TWO:    [21 U.S.C. § 843(b) - Use of a Communication
2 | Facility]

The Grand Jury further charges:    T H A T
3 |
4 | FRANK WESLEY BLUE, IV, and
RANDALL CHARLES ORTIZ,

5 | defendants herein, on or about March 5, 2008, at approximately 6:02

6 | p.m., in the State and Eastern District of California, and

7 | elsewhere, did knowingly, intentionally and unlawfully use a

8 | communication facility, to wit, a telephone, to facilitate the

9 | commission of an offense against the laws of the United States, to

10 | wit, conspiracy to possess with intent to distribute

11 | methamphetamine, a Schedule II controlled substance, in violation of

12 | Title 21, United States Code, Sections 841(a)(1) and 846, all in

13 | violation of Title 21, United States Code, Section 843(b).

14 | COUNT THIRTY-THREE: [21 U.S.C. § 843(b) - Use of a Communication
15 | Facility]

The Grand Jury further charges:    T H A T
16 |
17 | FRANK WESLEY BLUE, IV, and
RANDALL CHARLES ORTIZ,

18 | defendants herein, on or about March 17, 2008, at approximately 8:09

19 | p.m., in the State and Eastern District of California, and

20 | elsewhere, did knowingly, intentionally and unlawfully use a

21 | communication facility, to wit, a telephone, to facilitate the

22 | commission of an offense against the laws of the United States, to

23 | wit, conspiracy to possess with intent to distribute

24 | methamphetamine, a Schedule II controlled substance, in violation of

25 | Title 21, United States Code, Sections 841(a)(1) and 846, all in

26 | violation of Title 21, United States Code, Section 843(b).

27 | ///

28 | ///

17

1 <u>COUNT THIRTY-FOUR</u>: [21 U.S.C. § 843(b) - Use of a Communication Facility]

2

3       The Grand Jury further charges: T H A T

4          MIGUEL EDWARDO VASQUEZ, JR., and
          DAMONE DEGGINS BLOCK,

5 defendants herein, on or about December 5, 2007, at approximately

6 3:02 p.m., in the State and Eastern District of California, and

7 elsewhere, did knowingly, intentionally and unlawfully use a

8 communication facility, to wit, a telephone, to facilitate the

9 commission of an offense against the laws of the United States, to

10 wit, conspiracy to possess with intent to distribute

11 methamphetamine, a Schedule II controlled substance, in violation of

12 Title 21, United States Code, Sections 841(a)(1) and 846, all in

13 violation of Title 21, United States Code, Section 843(b).

14 <u>COUNT THIRTY-FIVE</u>: [21 U.S.C. § 843(b) - Use of a Communication Facility]

15

16       The Grand Jury further charges: T H A T

17          MIGUEL EDWARDO VASQUEZ, JR., and
          DAMONE DEGGINS BLOCK,

18 defendants herein, on or about December 7, 2007, at approximately

19 3:00 p.m., in the State and Eastern District of California, and

20 elsewhere, did knowingly, intentionally and unlawfully use a

21 communication facility, to wit, a telephone, to facilitate the

22 commission of an offense against the laws of the United States, to

23 wit, conspiracy to possess with intent to distribute

24 methamphetamine, a Schedule II controlled substance, in violation of

25 Title 21, United States Code, Sections 841(a)(1) and 846, all in

26 violation of Title 21, United States Code, Section 843(b).

27 ///

28 ///

1  COUNT THIRTY-SIX:    [21 U.S.C. § 843(b) - Use of a Communication
                         Facility]
2
3          The Grand Jury further charges:   T H A T

4                       FRANK WESLEY BLUE, IV, and
                        SALVADOR JESUS RAMIREZ,
5  defendants herein, on or about March 6, 2008, at approximately 1:22

6  p.m., in the State and Eastern District of California, and

7  elsewhere, did knowingly, intentionally and unlawfully use a

8  communication facility, to wit, a telephone, to facilitate the

9  commission of an offense against the laws of the United States, to

10 wit, conspiracy to possess with intent to distribute

11 methamphetamine, a Schedule II controlled substance, in violation of

12 Title 21, United States Code, Sections 841(a)(1) and 846, all in

13 violation of Title 21, United States Code, Section 843(b).

14 COUNT THIRTY-SEVEN: [21 U.S.C. § 843(b) - Use of a Communication
                       Facility]
15
16         The Grand Jury further charges:   T H A T

17                      FRANK WESLEY BLUE, IV, and
                        SALVADOR JESUS RAMIREZ,
18 defendants herein, on or about March 6, 2008, at approximately 5:18

19 p.m., in the State and Eastern District of California, and

20 elsewhere, did knowingly, intentionally and unlawfully use a

21 communication facility, to wit, a telephone, to facilitate the

22 commission of an offense against the laws of the United States, to

23 wit, conspiracy to possess with intent to distribute

24 methamphetamine, a Schedule II controlled substance, in violation of

25 Title 21, United States Code, Sections 841(a)(1) and 846, all in

26 violation of Title 21, United States Code, Section 843(b).

27 ///

28 ///

19

1  COUNT THIRTY-EIGHT: [21 U.S.C. § 843(b) - Use of a Communication
2  Facility]

3  The Grand Jury further charges: T H A T

4  FRANK WESLEY BLUE, IV, and
   TOBY LAMAR VANN,

5  defendants herein, on or about March 3, 2008, at approximately 7:12

6  p.m., in the State and Eastern District of California, and

7  elsewhere, did knowingly, intentionally and unlawfully use a

8  communication facility, to wit, a telephone, to facilitate the

9  commission of an offense against the laws of the United States, to

10 wit, conspiracy to possess with intent to distribute

11 methamphetamine, a Schedule II controlled substance, in violation of

12 Title 21, United States Code, Sections 841(a)(1) and 846, all in

13 violation of Title 21, United States Code, Section 843(b).

14 COUNT THIRTY-NINE:  [21 U.S.C. § 843(b) - Use of a Communication
15 Facility]

16 The Grand Jury further charges: T H A T

17 FRANK WESLEY BLUE, IV, and
   TOBY LAMAR VANN,

18 defendants herein, on or about March 28, 2008, at approximately 2:46

19 p.m., in the State and Eastern District of California, and

20 elsewhere, did knowingly, intentionally and unlawfully use a

21 communication facility, to wit, a telephone, to facilitate the

22 commission of an offense against the laws of the United States, to

23 wit, conspiracy to possess with intent to distribute

24 methamphetamine, a Schedule II controlled substance, in violation of

25 Title 21, United States Code, Sections 841(a)(1) and 846, all in

26 violation of Title 21, United States Code, Section 843(b).

27 ///

28 ///

```
 1   COUNT FORTY:     [21 U.S.C. § 843(b) - Use of a Communication
                       Facility]
 2
              The Grand Jury further charges:   T H A T
 3
                    MIGUEL EDWARDO VASQUEZ, JR., and
 4                     RHIANNON ROCHELLE WRIGHT,

 5   defendants herein, on or about March 12, 2008, at approximately

 6   10:55 a.m., in the State and Eastern District of California, and

 7   elsewhere, did knowingly, intentionally and unlawfully use a

 8   communication facility, to wit, a telephone, to facilitate the

 9   commission of an offense against the laws of the United States, to

10   wit, conspiracy to possess with intent to distribute

11   methamphetamine, a Schedule II controlled substance, in violation of

12   Title 21, United States Code, Sections 841(a)(1) and 846, all in

13   violation of Title 21, United States Code, Section 843(b).

14   COUNT FORTY-ONE:      [21 U.S.C. § 843(b) - Use of a Communication
                           Facility]
15
              The Grand Jury further charges:   T H A T
16
                    MIGUEL EDWARDO VASQUEZ, JR., and
17                     RHIANNON ROCHELLE WRIGHT,

18   defendants herein, on or about March 12, 2008, at approximately

19   11:23 a.m., in the State and Eastern District of California, and

20   elsewhere, did knowingly, intentionally and unlawfully use a

21   communication facility, to wit, a telephone, to facilitate the

22   commission of an offense against the laws of the United States, to

23   wit, conspiracy to possess with intent to distribute

24   methamphetamine, a Schedule II controlled substance, in violation of

25   Title 21, United States Code, Sections 841(a)(1) and 846, all in

26   violation of Title 21, United States Code, Section 843(b).

27   ///

28   ///
```

1   COUNT FORTY-TWO:   [21 U.S.C. § 843(b) - Use of a Communication
                        Facility]
2

3       The Grand Jury further charges:   T H A T

4               MIGUEL EDWARDO VASQUEZ, JR., and
                    ROBERT LOUIS SCOTT,

5   defendants herein, on or about December 15, 2008, at approximately

6   2:09 p.m., in the State and Eastern District of California, and

7   elsewhere, did knowingly, intentionally and unlawfully use a

8   communication facility, to wit, a telephone, to facilitate the

9   commission of an offense against the laws of the United States, to

10  wit, conspiracy to possess with intent to distribute

11  methamphetamine, a Schedule II controlled substance, in violation of

12  Title 21, United States Code, Sections 841(a)(1) and 846, all in

13  violation of Title 21, United States Code, Section 843(b).

14  COUNT FORTY-THREE:   [21 U.S.C. § 843(b) - Use of a Communication
                          Facility]
15

16      The Grand Jury further charges:   T H A T

17              MIGUEL EDWARDO VASQUEZ, JR., and
                    ROBERT LOUIS SCOTT,

18  defendants herein, on or about December 15, 2007, at approximately

19  2:11 p.m., in the State and Eastern District of California, and

20  elsewhere, did knowingly, intentionally and unlawfully use a

21  communication facility, to wit, a telephone, to facilitate the

22  commission of an offense against the laws of the United States, to

23  wit, conspiracy to possess with intent to distribute

24  ///

25  ///

26  ///

27  ///

28  ///

22

1  methamphetamine, a Schedule II controlled substance, in violation of
2  Title 21, United States Code, Sections 841(a)(1) and 846, all in
3  violation of Title 21, United States Code, Section 843(b).
4
5                                        A TRUE BILL.
6
7                                        /S/ SIGNATURE ON FILE W/ AUSA
                                         FOREPERSON
8
9  [signature]
10 McGREGOR W. SCOTT
   United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                            23

*No. CR S 08-0212-GEB*

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

vs.

MIGUEL EDWARDO VASQUEZ, JR.;
FRANK WESLEY BLUE, IV; LEON RAY EDWARDS;
CAMERON JON CRAVEN; MICHAEL RAY EPPS, JR.; JUAN VEGA, JR.;
EUGENE MARGARITO ORTEGA; WILLIE LEROY THOMAS;
DANIEL MICHAEL NEBEL, JR.; JUSTIN DANIEL WITT;
OSIEL BETANCUR; RENE LEE WRIGHT; DALANA IRENE VAUGHN;
JASON LEROY BRACY; JESUS EFRAIN AVILA;
RANDALL CHARLES ORTIZ; DAMONE DEGGINS BLOCK;
SALVADOR JESUS RAMIREZ; TOBY LAMAR VANN;
RHIANNON ROCHELLE WRIGHT; and ROBERT LOUIS SCOTT

## S U P E R S E D I N G   I N D I C T M E N T

VIOLATION(S): 21 U.S.C. §§ 846 and 841(a)(1) -
CONSPIRACY TO DISTRIBUTE AND POSSESS WITH
INTENT TO DISTRIBUTE METHAMPHETAMINE; 21 U.S.C. §
841(a)(1) - POSSESSION WITH INTENT TO DISTRIBUTE
METHAMPHETAMINE (6 COUNTS); 21 U.S.C. § 843(b) - USE
OF A COMMUNICATION FACILITY (36 COUNTS)

*A true bill.*

/s/

_____
*Foreman.*

*Filed in open court this* _____ 22nd _____ *day*

*of* ___ May ___ *A.D. 20* 08

_____
*Clerk.*

*Bail, $* _____ **NO PROCESS NECESSARY**

**GREGORY G. HOLLOWS**

GPO 863 525

Penalty Slip
Superseding Indictment

**COUNT 1:**

MIGUEL EDWARDO VASQUEZ, JR.,
FRANK WESLEY BLUE, IV,
LEON RAY EDWARDS,
CAMERON JON CRAVEN,
MICHAEL RAY EPPS, JR.,
JUAN VEGA, JR.,
EUGENE MARGARITO ORTEGA,
WILLIE LEROY THOMAS, II,
DANIEL MICHAEL NEBEL,
JUSTIN DANIEL WITT,
OSIEL BETANCUR,
RENE LEE WRIGHT,
DALANA IRENE VAUGHN,
JASON LEROY BRACY,
JESUS EFRAIN AVILA,
RANDALL CHARLES ORTIZ,
DAMONE DEGGINS BLOCK,
SALVADOR JESUS RAMIREZ,
TOBY LAMAR VANN,
RHIANNON ROCHELLE WRIGHT, and
ROBERT LOUIS SCOTT,

**VIOLATION:** 21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to
Distribute and to Possess With Intent to
Distribute Methamphetamine
Mandatory Minimum of 10 yrs up to Life
imprisonment, and
Fine of up to $4 million, or both -
5 year term of supervised release

**COUNTS 2,3,4 & 6:** MIGUEL EDWARDO VASQUEZ, JR.
FRANK WESLEY BLUE, II,
DANIEL MICHAEL NEBEL, JR.
RENE LEE WRIGHT,
WILLIE LEROY THOMAS, II,

**VIOLATION:** 21 U.S.C. § 841(a)(1) - Possession with Intent to
Distribute Methamphetamine

**Penalty:** Mandatory Minimum of 10 yrs up to Life
imprisonment, and
Fine of up to $4 million, or both
5 year term of supervised release

**COUNT 5:** CAMERON JON CRAVEN,

**VIOLATION:** 21 U.S.C. § 841(a)(1) - Possession with Intent to
Distribute Methamphetamine

**Penalty:** Not more than 20 years imprisonment,
Not more than a $1 million fine, or both
Not more than a 3 year term of supervised release

**COUNT 7:**          **RHIANNON ROCHELLE WRIGHT**
VIOLATION:       21 U.S.C. § 841(a)(1) — Possession with Intent to
                 Distribute Methamphetamine
Penalty:         Mandatory Minimum 5 to 40 years imprisonment,
                 Not more than a $2 million fine, or both
                 5 year term of supervised release

**COUNTS 8 thru 43:**

                 **MIGUEL EDWARDO VASQUEZ, JR.,**
                 **FRANK WESLEY BLUE, IV,**
                 **CAMERON JON CRAVEN,**
                 **MICHAEL RAY EPPS JR.,**
                 **JUAN VEGA, JR.,**
                 **EUGENE MARGARITO ORTEGA,**
                 **WILLIE LEROY THOMAS, II,**
                 **DANIEL MICHAEL NEBEL,**
                 **JUSTIN DANIEL WITT,**
                 **OSIEL BETANCUR,**
                 **RENE LEE WRIGHT,**
                 **DALANA IRENE VAUGHN,**
                 **JASON LEROY BRACY,**
                 **JESUS EFRAIN AVILA,**
                 **RANDALL CHARLES ORTIZ,**
                 **DAMONE DEGGINS BLOCK,**
                 **SALVADOR JESUS RAMIREZ,**
                 **TOBY LAMAR VANN,**
                 **RHIANNON ROCHELLE WRIGHT, and**
                 **ROBERT LOUIS SCOTT,**
VIOLATION:       21 U.S.C. § 843(b) — Use of a Communication
                 Faculty
Penalty:         Maximum of 4 yrs imprisonment, and
                 Not more than a $250,00 fine, or both
                 1 year term of supervised release

**PENALTY ASSESSMENT:**       Mandatory $100 penalty assessment each count