# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113
───────────────
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

June 11, 2008

**Clerk of Court**
**US District Court for Eastern California**
**4-200 United States Courthouse**
**5011 I Street,**
**Sacramento, CA 95814-2322**

Case Name:     **USA-v-Michael Ray Epps, Jr.**
Case Number:   **5-08-70342-RS  (Your Case# 2:08-CR-00212-GEB)**
Charges:       **21:846**
Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Richard.  The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant
            to your district forthwith.
    ( x )    The defendant has a court appearance in your court on:

Enclosed are the following documents:

    Original Rule 5 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*
    Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escolano*
Case Systems Administrator

Enclosures
cc: Financial Office
-----------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____

**Date:** _____        **CLERK, U.S. DISTRICT COURT**

**By** _____
    **Deputy Clerk**

**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                                General Court Number
Clerk                                                                                              408.535.5363

June 11, 2008

**Clerk of Court**
**US District Court for Eastern California**
**4-200 United States Courthouse**
**5011 I Street,**
**Sacramento, CA 95814-2322**

Case Name:         **USA-v-Michael Ray Epps, Jr.**
Case Number:       **5-08-70342-RS  (Your Case# 2:08-CR-00212-GEB)**
Charges:           **21:846**
Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Richard Seeborg. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
Original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escalano*
Case Systems Administrator

Enclosures
cc: Financial Office
-------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____

**Date:** _____     **CLERK, U.S. DISTRICT COURT**

**By** _____
       **Deputy Clerk**