# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov



Richard W. Wieking
Clerk

General Court Number
408-535-5332

June 11, 2008

**Clerk of Court**
**US District Court for Eastern California**
**4-200 United States Courthouse**
**5011 I Street,**
**Sacramento, CA 95814-2322**

| | |
|---|---|
| Case Name: | <u>USA-v-Michael Ray Epps, Jr.</u> |
| Case Number: | <u>5-08-70342-RS  (Your Case# 2:08-CR-00212-GEB)</u> |
| Charges: | <u>21:846</u> |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Richard Seeborg. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( ) The defendant has a court appearance in your court on:

Enclosed are the following documents:
Original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

**RECEIVED**
JUN 1 2 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escolano*
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____

Date: _____          **CLERK, U.S. DISTRICT COURT**

By _____
**Deputy Clerk**